UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW D. WILLIAMS, on behalf of plaintiff and a class </br></br> Plaintiff, </br></br> v. </br></br> RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al. </br></br> Defendants. | ) Civil 3:17-CV-00538-RNC </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) DECEMBER 17, 2018 |

## STIPULATION

Defendants Rushmore Loan Management Services, LLC and GMAT Legal Title Trust 2013-1 (collectively, "**Defendants**") and plaintiff Matthew D. Williams hereby stipulate and agree as follows

1. Plaintiff and Defendants are presently engaged in settlement discussions and, in that regard, plaintiff has requested that Defendants "informally" produce certain documentation in an effort to assist the parties in determining, among other things, the size of any putative class(es).

2. Pursuant to Hon. Robert Chatigny's *Standing Protective Order*, a copy of which is attached heretos as Exhibit A, "materials produced in this action *pursuant to Federal and Local Rules of Civil Procedure*" can be designated by a party as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY," as and in the manner therein described. (Emphasis added; capitalization in original.)

3. Inasmuch as there are no formal discovery requests outstanding, the documents that Defendants may produce to plaintiff in accordance with his "informal" requests will not, as

envisioned by such order, be "materials produced in this action *pursuant to* Federal and Local Rules of Civil Procedure." *Id.*, ¶ 1 (emphasis added).

4. By agreement, therefore, the parties have AGREED, and do hereby STIPULATE, that any and all documents provided by Defendants to plaintiff in connection with any informal requests for information to facilitate a possible settlement will be deemed to be subject to all of the terms, conditions and requirements of the said order.

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANTS |
|---|---|
| By /s/ Joanne S. Faulkner<br>Joanne S. Faulkner ct04137<br>123 Avon Street<br>New Haven CT 06511<br>(203) 772-0395 | By: /s/ Donald E. Frechette<br>Donald E. Frechette (ct08930)<br>Tara L. Trifon (ct28415)<br>Locke Lord LLP<br>20 Church Street, 20th Floor<br>Hartford, CT 06103<br>Phone: (860) 525-5065<br>Fax: (860) 527-4198<br>Email: donald.frechette@lockelord.com<br>Email: tara.trifon@lockelord.com<br><br>*Attorneys for Defendant Rushmore Loan Management Services, LLC and GMAT Trust 2013-1* |
| Dated: December 17, 2018 | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ Donald E. Frechette<br>
Donald E. Frechette