IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW D. WILLIAMS, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 17-CV-538-RNC |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC; | ) | |
| MCCALLA RAYMER LEIBERT PIERCE, LLC, successor by merger to Hunt Leibert Jacobson, P.C.; HUNT LEIBERT JACOBSON, P.C., and GMAT LEGAL TITLE TRUST 2013-1, also known as GMAT 2013-1 TRUST, by U.S. BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | September 14, 2020 |

## NOTICE OF SETTLEMENT

Plaintiff Matthew D. Williams and Defendants Rushmore Loan Management Services, LLC, McCalla Raymer Leibert Pierce, LLC, Hunt Leibert Jacobson, P.C. and GMAT Legal Title Trust 2013-1 (collectively, "Defendants") respectfully notify the Court that the parties have reached an individual settlement in this matter. The parties expect to file a stipulation of dismissal by October 31, 2020.

Respectfully submitted,

*Plaintiff Matthew D. Williams*

By:  /s/ Heather Kolbus
Daniel A. Edelman
dedelman@edcombs.com
Cathleen M. Combs
ccombs@edcombs.com
Heather Kolbus

1

hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
courtecl@edcombs.com

Joanne S. Faulkner
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT  06511
(203) 772-0395

*Defendants Rushmore Loan Management Services, LLC and GMAT Legal Title Trust 2013-1*

By:   /s/ Donald E. Frechette (w/ consent)
Donald E. Frechette
Donald.frechette@lockelord.com
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT  06103
(860) 525-5065

*Defendant McCalla Raymer Leibert Pierce, LLC and Hunt Liebert Jacobson*

By:   /s/ Andrea Strain (w/ consent)
Stephen P. Brown
Stephen.brown@wilsonelser.com
Andrea Strain
Andrea.Strain@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1010 Washington Blvd.
Stamford, CT  06901
(203) 388-9100

## CERTIFICATE OF SERVICE

       I, Heather Kolbus, hereby certify that on September 14, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following parties:

    Donald E. Frechette - Donald.frechette@lockelord.com
    Tara L. Trifon - tara.trifon@lockelord.com
    Locke Lord LLP
    20 Church Street, 20th Floor
    Hartford, CT 06103

    Stephen Brown - Stephen.brown@wilsonelser.com
    Andrea Strain -andrea.strain@wilsonelser.com
    Nicole Cuglietto - Nicole.cuglietto@wilsonelser.com
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    1010 Washington Blvd.
    Stamford, CT 06901

    Joanne S. Faulkner - faulknerlawoffice@snet.net
    123 Avon Street
    New Haven, CT 06511


By:  s/Heather Kolbus
Daniel A. Edelman
dedelman@edcombs.com
Cathleen M. Combs
ccombs@edcombs.com
Heather Kolbus
hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
courtecl@edcombs.com

Joanne S. Faulkner
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT  06511
(203) 772-0395