IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW D. WILLIAMS, on behalf of plaintiff and a class, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC; MCCALLA RAYMER LEIBERT PIERCE, LLC, successor by merger to Hunt Leibert Jacobson, P.C.; HUNT LEIBERT JACOBSON, P.C., and GMAT LEGAL TITLE TRUST 2013-1, also known as GMAT 2013-1 TRUST, by U.S. BANK, NATIONAL ASSOCIATION, | ) 17-CV-538-RNC ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) October 6, 2020 |

## STIPULATION OF DISMISSAL

Plaintiff Matthew D. Williams ("Plaintiff") and Defendants Rushmore Loan Management Services, LLC, McCalla Raymer Leibert Pierce, LLC, Hunt Leibert Jacobson, P.C. and GMAT Legal Title Trust 2013-1 (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. Plaintiff dismisses his class claims without prejudice and without costs.

Respectfully submitted,

*Plaintiff Matthew D. Williams*

By: /s/ Heather Kolbus
Daniel A. Edelman
dedelman@edcombs.com
Cathleen M. Combs
ccombs@edcombs.com
Heather Kolbus

1

hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
courtecl@edcombs.com

Joanne S. Faulkner
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT  06511
(203) 772-0395

*Defendants Rushmore Loan Management Services, LLC and GMAT Legal Title Trust 2013-1*

By:  /s/ Donald E. Frechette (w/ consent)
Donald E. Frechette
Donald.frechette@lockelord.com
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT  06103
(860) 525-5065

*Defendant McCalla Raymer Leibert Pierce, LLC and Hunt Liebert Jacobson*

By:  /s/ Stephen P. Brown (w/ consent)
Stephen P. Brown
Stephen.brown@wilsonelser.com
Andrea Strain
Andrea.Strain@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1010 Washington Blvd.
Stamford, CT  06901
(203) 388-9100

## CERTIFICATE OF SERVICE

  I, Heather Kolbus, hereby certify that on October 6, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following parties:

  Donald E. Frechette - Donald.frechette@lockelord.com
  Tara L. Trifon - tara.trifon@lockelord.com
  Locke Lord LLP
  20 Church Street, 20th Floor
  Hartford, CT 06103

  Stephen Brown - Stephen.brown@wilsonelser.com
  Andrea Strain -andrea.strain@wilsonelser.com
  Nicole Cuglietto - Nicole.cuglietto@wilsonelser.com
  Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
  1010 Washington Blvd.
  Stamford, CT 06901

  Joanne S. Faulkner - faulknerlawoffice@snet.net
  123 Avon Street
  New Haven, CT 06511


By:  s/Heather Kolbus
Daniel A. Edelman
dedelman@edcombs.com
Cathleen M. Combs
ccombs@edcombs.com
Heather Kolbus
hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
courtecl@edcombs.com

Joanne S. Faulkner
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT  06511
(203) 772-0395